## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| CARL ARTHUR PERRY, | : | |
| AIS 105161, | | |
| | : | |
| Petitioner, | | |
| vs. | : | CA 05-0710-WS-C |
| WARDEN RALPH HOOKS, | : | |
| Respondent. | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated February 23, 2006, is **ADOPTED** as the opinion of this Court.

**DONE** this 7th day of March, 2006.

s/WILLIAM H. STEELE  
UNITED STATES DISTRICT JUDGE