IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CARL ARTHUR PERRY, : |
| AIS 105161, |
| : |
| Petitioner, |
| vs. : CA 05-0710-WS-C |
| WARDEN RALPH HOOKS, : |
| Respondent. : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the present habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be dismissed due to petitioner's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE** this 7th day of March, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE